UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID SCHWEIKERT,**

    **Plaintiff,**

  v.                                    Civil Action 2:20-cv-05479
                                         Chief Judge Algenon L. Marbley
                                         Chief Magistrate Judge Deavers

**KILOLO KIJAKAZI, ACTING COMMISIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 16). Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will then conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, issuing a new decision after these proceedings. The parties also move for judgment to be entered in favor of Plaintiff. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings and judgment is entered for Plaintiff David Schweikert.

    **IT IS SO ORDERED.**

                                                    **ALGENON L. MARBLEY**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 19, 2021**